UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| | |
|---|---|
| ROGER DESOUSA, | ) |
| *Plaintiff,* | ) |
| | ) Case No. 4:08-cv-44 |
| v. | ) Judge Mattice |
| JABIRU USA SPORT AIRCRAFT, LLC, and JABIRU AIRCRAFT PTY LTD., | ) |
| *Defendants.* | ) |

## ORDER

United States Magistrate Judge William B. Carter filed his report and recommendation [Court Doc. 10] pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b) on November 3, 2008. Neither party filed objections within the given 10 days.

After reviewing the record, the Court agrees with Magistrate Carter's report and recommendation. The Court thus **ACCEPTS** and **ADOPTS** Magistrate Judge Carter's findings of fact, conclusions of law, and recommendations [Court Doc. 10] pursuant to § 636(b)(1) and Rule 72(b).

Accordingly, the Court **ORDERS** that Defendant's Motion for Stay of Action Pending Arbitration [Court Doc. 3] is **GRANTED**. All proceedings in the above-captioned case are **STAYED** until the parties complete arbitration.

The parties are **ORDERED** to file a status report with the Court no later than May 15, 2009, and every sixty (60) days thereafter. The parties are **ORDERED** to inform the Court of any resolution of this case, by arbitration or otherwise, within forty-eight (48) hours of such resolution.

SO ORDERED this 7th day of January, 2009.

                                        */s/Harry S. Mattice, Jr.*
                                      HARRY S. MATTICE, JR.
                                      UNITED STATES DISTRICT JUDGE